# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00270-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| ERIC FINLEY JR., | |
| Defendant. | |

Presently before the Court is defense counsel Joanne L. Diamon's Motion to Withdraw as Counsel and Request for Appointment of Conflict-Free Counsel (ECF No. 22), filed on May 26, 2022. For the reasons stated in the motion, the motion is granted.

IT IS SO ORDERED.

IT IS FURTHER ORDERED the Court will appoint CJA Counsel in this case and directs the CJA Resources Team to assign a CJA Panel Attorney to represent Defendant.

DATED: June 1, 2022

_____
DANIEL J. ALBREGTS.
UNITED STATES MAGISTRATE JUDGE