1  THE FLETCHER FIRM, P.C.
   MAYSOUN FLETCHER, ESQ.
2  Nevada Bar No. 10041
   5510 S. Fort Apache Road
3  Las Vegas, Nevada 89148
   Telephone: (702) 835-1542
4  Facsimile: (702) 835-1559
   maf@fletcherfirmlaw.com
5  Counsel for Eric Finley, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| UNITED STATES OF AMERICA, | Case No. **2:21-cr-00270-GMN-DJA** |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING** (First Request) |
| ERIC FINLEY, JR. | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Jason M. Frierson, United States Attorney, Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United States of America; and Maysoun Fletcher, Esq., counsel for Eric Finley, Jr., that the sentencing hearing currently set for April 5, 2023 at 11:00 a.m., be vacated and continued sixty (60) days. The Stipulation is entered into for the following reasons:

1. Defendant Finley is currently out of custody and does not object to this requested continuance.
2. The Parties agree to this continuance.
3. Defense counsel and Mr. Finley need additional time to gather information and prepare for sentencing.
4. Accordingly, the defense seeks a continuance of 60 days.
5. This is the first request for a continuance.

1

DATED this 23th day of March, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

| /s/ Kimberly A. Sokolich | /s/ Maysoun Fletcher, Esq. |
|---|---|
| Kimberly A. Sokolich | MAYSOUN FLETCHER, ESQ. |
| Assistant United States Attorney | Counsel for Eric Finley, Jr. |

THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
5510 S. Fort Apache Road
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Counsel for Eric Finley, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00270-GMN-DJA |
| Plaintiff, | |
| v. | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| ERIC FINLEY, JR., | |
| Defendant. | |

**FINDINGS OF FACTS**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant Finley is currently out of custody and does not object to this requested continuance.
2. The Parties agree to this continuance.
3. Defense counsel and Mr. Finley need additional time to gather information and prepare for sentencing.
4. Accordingly, the defense seeks a continuance of 60 days.
5. This is the first request for a continuance.

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would likely result in a miscarriage of justice;

**ORDER**

**IT IS THEREFORE ORDERED** that the Sentencing Hearing previously set for April 5, 2023 is vacated and set for _____June 14_____, 2023 at _10:00 a.m_.

Dated this __23__ day of ___March___, 2023.

_____
UNITED STATES DISTRICT JUDGE