JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Kimberly.Sokolich@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ERIC FINLEY JR.,<br><br>　　　　Defendant. | Case No.: 2:21-cr-00270-GMN-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING (Second Request)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, Kimberly Sokolich, Assistant United States Attorney, counsel for the United States of America; and Maysoun Fletcher, Esq., counsel for Eric Finley, Jr., that the sentencing hearing currently set for June 14, 2023, be vacated and continued to July 19, 2023.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Due to an out-of-district training, government counsel is unavailable on the currently scheduled date.

　　　　2.　　The parties have conferred with the Courtroom Administrator to identify a new sentencing date that works for both parties.

3. Defendant Finley is currently out of custody and does not object to this requested continuance.

4. The parties agree to this continuance.

5. This is the second stipulation to continue the sentencing date.

DATED: May 30, 2023

JASON M. FRIERSON<br>
United States Attorney<br>
District of Nevada

*/s/ Maysoun Fletcher*  
MAYSOUN FLETCHER, ESQ.  
Counsel for Eric Finley, Jr.

*/s/ Kimberly Sokolich*  
KIMBERLY SOKOLICH  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ERIC FINLEY JR.,<br><br>        Defendant. | Case No.: 2:21-cr-00270-GMN-DJA<br><br>**ORDER** |

### FINDINGS OF FACT

Based on the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Due to an out-of-district training, government counsel is unavailable on the currently scheduled date.

2. The parties have conferred with the Courtroom Administrator to identify a new sentencing date that works for both parties.

3. Defendant Finley is currently out of custody and does not object to this requested continuance.

4. The parties agree to this continuance.

5. This is the second stipulation to continue the sentencing date.

### CONCLUSIONS OF LAW AND ORDER

This continuance is not sought for the purposes of delay but rather to account for the availability of both parties and denial of this request for continuance would likely result in a miscarriage of justice.

1   IT IS THEREFORE ORDERED that the that the Sentencing Hearing previously set for June14, 2023, be vacated and continued to July 19, 2023 at __9:00 a.m__.

DATED this __31__ day of _____May_____, 2023.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE