```
                                    ┌─────────────────────────────────┐
                                    │ ___ FILED      ___ RECEIVED      │
                                    │ ___ ENTERED    ___ SERVED ON     │
                                    │      COUNSEL/PARTIES OF RECORD   │
                                    │                                  │
                                    │         JUL 26 2023              │
                                    │                                  │
                                    │    CLERK US DISTRICT COURT       │
                                    │     DISTRICT OF NEVADA           │
                                    │ BY:_____DEPUTY     │
                                    └─────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-270-GMN-DJA |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ERIC FINLEY, JR., | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(C) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Eric Finley, Jr., to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Eric Finley, Jr., pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 31; Preliminary Order of Forfeiture, ECF No. 32; Plea Agreement, ECF No. 33.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 8, 2023, through February 6, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 34-1 p. 5.

1       This Court finds no petition was filed herein by or on behalf of any person or entity

2   and the time for filing such petitions and claims has expired.

3       This Court finds no petitions are pending regarding the property named herein and

4   the time has expired for presenting such petitions.

5       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

6   all possessory rights, ownership rights, and all rights, titles, and interests in the property

7   hereinafter described are condemned, forfeited, and vested in the United States under Fed.

8   R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1)

9   with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(C) with 28 U.S.C. § 2461(c);

10  and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

11      1.  Glock 23, .40 caliber pistol, bearing serial number BTEU511;

12      2.  a Springfield XDE9, 9 mm pistol, bearing serial number HE947826; and

13      3.  any and all compatible ammunition

14  (all of which constitutes property).

15      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property

16  shall be disposed of according to law.

17      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

18  copies of this Order to all counsel of record.

19  DATED _____, 2023.

20

21

22  GLORIA M. NAVARRO
    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2