MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 S. Fort Apache Rd.
Las Vegas, Nevada 89148
Tel:   (702) 835-1542
maf@fletcherfirmlaw.com
Attorney for Defendant,
ERIC FINLEY, JR.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC FINLEY, JR.<br><br>Defendant. | CASE NO.: 2:21-CR-00270-GMN-DJA<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REMOVAL FROM CM/ECF E-NOTICE LIST** |

ERIC FINLEY, JR., by and through his CJA counsel, Maysoun Fletcher, hereby moves this Court to terminate Ms. Fletcher's appointment and remove Ms. Fletcher as his attorney of record. Further, Ms. Fletcher requests that she be removed from the CM/ECF E-Notice List.

**Memorandum of Points and Authorities**

"An attorney may not, in the absence of the client's consent, withdraw from a case without justifiable cause". Lovvorn v. Johnson, 118 F. 2d 704, 706 (9th Cir. 1941).  LR 1A 11-6 (a)&((e) states in pertinent part that an attorney may seek to withdraw after appearing in a case and the Court can grant the motion to withdraw for good cause shown unless it results in a delay of discovery, trial, or any hearing in the case.

In this case, Ms. Fletcher was appointed under the Criminal Justice Act, 18 U.S.C. §3006(A)(a)(1)(e) to represent ERIC FINLEY, JR. through trial.  The Defendant was sentenced

and judgement was entered on July 26, 2023.  As such, Ms. Fletcher completed her representation under the Criminal Justice Act.  Moreover, counsel's withdrawal would not cause any delays because there is no discovery, trial, or hearing pending.

For the above reasons, Ms. Fletcher's CJA appointment should be terminated for good cause, and she should be removed from the CM/ECF E-Notice List.

Respectfully submitted this 8th day of July, 2025.

By: /s/ *Maysoun Fletcher*
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
Fletcher Firm, P.C.
5510 S. Fort. Apache Rd.
Las Vegas, Nevada 89148
Attorney for Defendant,
ERIC FINLEY, JR.

## ORDER

Pending before the Court is the [55] Motion to Withdraw as Attorney, filed by Defendant's counsel Maysoun Fletcher.  Because Defendant was sentenced and judgment was entered on July 26, 2023, the Court finds that Ms. Fletcher has completed her representation under the Criminal Justice Act.  Accordingly, IT IS HEREBY ORDERED hat the [55] Motion to Withdraw as Attorney is GRANTED and she should be removed from the CM/ECF E-Notice List.

July 14, 2025

_____
US District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2025, a true and correct copy of the Motion to Withdraw as Attorney of Record and Removal from CM/ECF E-Notice List was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By:/s/ *Maysoun Fletcher*
MAYSOUN FLETCHER, ESQ.